FILED
FEB 2 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:19CR00185 RWS/DDN** |
| v. ) No. | |
| ) | |
| MICHAEL DOUGLAS UNDERWOOD, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term

    (a)  "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

    (b)  "sexually explicit conduct" to mean actual or simulated--

    (i)  sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

    (ii)  bestiality,

    (iii)  masturbation,

    (iv)  sadistic or masochistic abuse, or

    (v)  lascivious exhibition of the anus, genitals or pubic area of any person (18 U.S.C. §2256(2)(A));

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§ 2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about February 1, 2018, and on or about September 20, 2018, within the Eastern District of Missouri and elsewhere,

**MICHAEL DOUGLAS UNDERWOOD,**

the defendant herein, knowingly received images of child pornography using any means or facility of interstate and foreign commerce, that is, the defendant received graphic image files via the Internet which contained child pornography, including, but not limited to, the following:

2

    a.    "1st Studio – Siberian Mouse custom Tonya real bj.wmv," a graphic video file that depicts, in part, a minor female in a lascivious display of her genitals;

    b.    "1st-Studio Siberian Mouse Custom (NK_008).wmv," a graphic image file that depicts, in part, a minor female and a prepubescent minor female in a lascivious display of her genitals;

In violation of Title 18, United States Code, Sections 2252A(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney

3